**FARUQI & FARUQI, LLP**
Lisa Omoto (SBN: 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTAY SHAHBAZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SUN BUM LLC d/b/a SUN BUM SUNCARE LLC,<br><br>  Defendant. | Case No. 2:23-cv-03400 JFW (RAOx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shantay Shahbaz hereby dismisses the above-captioned action in its entirety, <u>with prejudice</u> as to her individual claims and without prejudice as to the claims of the putative class.

| | |
|---|---|
| Date: June 22, 2023 | Respectfully submitted,<br><br>**FARUQI & FARUQI, LLP**<br>By: /s/ *Lisa T. Omoto*<br>Lisa T. Omoto (SBN 303830)<br>*lomoto@faruqilaw.com*<br>1901 Avenue of the Stars, Suite 1060<br>Telephone: (424) 256-2884<br>Facsimile: (424) 256-2885<br><br>*Counsel for Plaintiff* |